ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| LEARN AID, LLC<br><br>Recurrente<br><br>v.<br><br>DEPARTAMENTO DE EDUCACIÓN<br><br>Parte Recurrida<br><br><br>EDICIONES SANTILLANA, INC.; SM, IN.; GFS CREW LLC; PEARSONA PEM P.R. INC.; STEM REVOLUTION LLC<br>Partes con Interés | KLRA202400015 | *Revisión Administrativa* procedente de Decisión Administrativa sobre la Adjudicación RFP DEPR-UAF-22-010 del Departamento de Educación<br><br>Sobre:<br><br>Errores de la Oficina Central de Compras, Obligaciones y Adjudicación de Fondos del Departamento de Educación de Puerto Rico |

Panel integrado por su presidenta, la Jueza Ortiz Flores, el Juez Rivera Torres y la Jueza Rivera Pérez

Rivera Pérez, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 23 de febrero de 2024.

Examinado el *Aviso de Desistimiento* presentado por Learn Aid LLC el 22 de febrero de 2024, el Tribunal dispone:

Ha Lugar. En consecuencia, se ordena el cierre y archivo del recurso del presente caso de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones[1].

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] 4 LPRA Ap. XXII-B, R. 83(A).

Número Identificador
RES2024_____